**CIVIL CAUSE FOR JURY TRIAL**
BEFORE JUDGE BIANCO             November 3, 2009           TIME: 9:30 a.m.
CV 05-1766                                                 Time in Court: 7 hrs.


TITLE:           **Sloup v. Loeffler, et al.**

PLTFFS ATTY:     **A. Craig Purcell**
                 X present         ___ not present

                 **Howard M. Berson**
                 X present         ___ not present


DEFTS ATTY:      **Jeffrey Pincus**
                 X present         ___ not present

                 **Jessica Klotz**
                 X present         ___ not present

                 **Erin A. Sidaras**
                 X present         ___ not present


COURT REPORTER: Dom Tursi        COURTROOM DEPUTY: Michele Savona

0THER: _____

- X   CASE CALLED.
- ___ JURY SELECTION ADJ'D TO _____.
- ___ JURY SWORN.
- ___ JURY SELECTION ORDERED AND BEGUN.
- ___ JURY SELECTION HELD
- ___ VOIR DIRE BEGINS.
- ___ JURY SELECTION COMPLETED.
- ___ JURORS SWORN AND TRIAL BEGINS. ___ PLTFF OPENS   ___ DEFT OPENS.
- X   JURY TRIAL HELD.      X   JURY TRIAL RESUMES.
- ___ JURY TRIAL CONT'D TO_____.
- X   WITNESSES SWORN _____
- ___ PLTFF RESTS.    X DEFT RESTS.
- ___ PLTFF SUMMATION.    ___ DEFT SUMMATION.    ___ PLTFF REBUTTAL.
- X   JURY TRIAL ENDS.    X JURY CHARGED & DELIBERATIONS BEGIN.
- **X   PLTFFS ___ DEFTS VERDICT.**

Papers are to be submitted to the court within 10 days.

_____