UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

FRANK SLOUP and CRABS UNLIMITED, LLC,

                    Plaintiff(s),

- against-                                      **SUSTENANCE ORDER**

ALAN LOEFFLER, TOWN OF ISLIP,            CV-05-01766 (JFB)
and CRAIG POMROY,

                    Defendant(s).
----------------------------------------------------------X

        **ORDERED** that the Clerk of the Court supply proper sustenance (lunch) to the seven (7) jurors empanelled and the one (1) Deputy Clerk in attendance, for the duration of the trial.


Dated: Central Islip, New York 11722
       November 3, 2009

                                                             JOSEPH F. BIANCO, U.S.D.J.